PROB 12C
(7/93)

Report Date: June 22, 2012

**United States District Court**

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

JUN 2 2 2012

**Eastern District of Washington**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Raul Benavides-Perez          Case Number: 2:12CR00065-001

Address of Offender: Spokane County Jail

Name of Supervising Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 1/7/2009

| | | |
|---|---|---|
| Original Offense: | Deported Alien Found in the United States, 8 U.S.C. § 1326(a) and (b) | |
| Original Sentence: | Prison - 30 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: 01/27/2011 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: 01/26/2014 |

---

**PETITIONING THE COURT**

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

1 & 2        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Special Condition # 19**: Not enter the United States illegally.

**Supporting Evidence**: The defendant was deported from the United States on January 27, 2011. On February 24, 2012, the defendant was found in the United States at Okanogan County, Washington, without the express consent of the Attorney General or his designee. The grand jury returned a one-count indictment against the defendant on March 20, 2012, in which he was charged with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326. On May 11, 2012, the defendant entered a plea of guilty and is awaiting sentencing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

**Prob12C**
**Re:  Benavides-Perez, Raul**
**June 22, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/22/2012

s/Shane Moore

Shane Moore
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

6/22/12
Date